**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| LAUREN DODDS, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) NATIONWIDE INSURANCE COMPANY ) OF AMERICA, ) ) Defendant. ) ) | Case No. 6:19-cv-00570-CEM-DCI |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Defendant, Nationwide Insurance Company of America ("Nationwide"), by and through the undersigned counsel, and pursuant to Local Rule 2.03(b), hereby move for entry of an Order allowing Hal K. Litchford and Kyle A. Diamantas with the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. to withdraw their appearance as counsel for Nationwide, and as grounds therefore, states the following:

1. Hal K. Litchford and Kyle A. Diamantas with the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. currently serve as local counsel for Nationwide in this action.

2. On July 30, 2019, Lori J. Caldwell with the law firm Rumberger, Kirk & Caldwell, P.A., entered her appearance as additional local counsel for Nationwide in this action.

3. As a result of the appearance of Ms. Caldwell, Nationwide has requested that Hal K. Litchford and Kyle A. Diamantas with the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz withdraw as counsel of record in this action.

4. Therefore, undersigned counsel respectfully requests that the Court grant this motion to withdraw and enter an order withdrawing the appearance of Hal K. Litchford and Kyle A. Diamantas with the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as counsel for Nationwide and directing the Clerk to remove their names from all service lists and notifications herein.

5. No party will be prejudiced by this withdrawal.

## LOCAL RULE COMPLIANCE CERTIFICATION

Undersigned liaison counsel for Defendants, pursuant to Local Rule 3.01(g) and 2.03(b) hereby certifies that they have conferred with counsel for Plaintiff and is authorized to represent that Plaintiff agrees to and do not oppose the relief requested herein.

/s/ *Hal K. Litchford*
Hal K. Litchford

Dated: July 30, 2019

                                 **BAKER, DONELSON, BEARMAN,**
                                 **CALDWELL & BERKOWITZ, P.C.**

                          By: /s/ *Hal K. Litchford*
                              Hal K. Litchford, Esquire
                              Florida Bar No. 272485
                              Kyle A. Diamantas, Esq.
                              Florida Bar No. 106916
                              200 South Orange Avenue, Suite 2900
                              Orlando, FL  32801
                              Phone: 407-422-6600
                              Fax: 407-841-0325
                              *hlitchford@bakerdonelson.com*
                              *kdiamantas@bakerdonelson.com*
                              *rgustafson@bakerdonelson.com*
                              *sdenny@bakerdonelson.com*

                              Counsel for Defendant, Nationwide
                              Insurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                              /s/ *Hal K. Litchford*
                                                  Hal K. Litchford